# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN A. MILLS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-701** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION "H" (2)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Findings and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff's fee petition is hereby **GRANTED IN PART AND DENIED IN PART** and that Plaintiff is awarded $4,301.35 in reasonable attorney's fees under 28 U.S.C. § 2412(d), plus costs of $350, all payable to Plaintiff in care of his attorney.

New Orleans, Louisiana, this 17th day of November, 2014

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**